

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2015

No. 04-14-00130-CR

Joshua **ORCASITAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7776
Honorable Mary D. Roman, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Appellant's unopposed motion to reset oral argument is GRANTED. We ORDER the above cause to be set for formal submission and oral argument before this Court on **Thursday, April 9, 2015, at 9:00 a.m.** before a panel consisting of Justice Angelini, Justice Barnard, and Justice Martinez.

Argument is limited to twenty (20) minutes to each side with ten (10) minutes rebuttal. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this order.

It is so **ORDERED** on the 6th day of February, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court    .